**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7650**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SANDRA LEGREE JONES,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.   Cameron McGowan Currie, District
Judge.   (CR-93-92, CA-99-2379-5-22)

———————

Submitted:  March 23, 2000          Decided:  March 30, 2000

———————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Sandra Legree Jones, Appellant Pro Se.  Cameron Glenn Chandler,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sandra Legree Jones seeks to appeal the district court's order denying relief on her petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Jones</u>, Nos. CR-93-92; CA-99-2379-5-22 (D.S.C. Nov. 23, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>